UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JAMES BAPTIST,

       Plaintiff,

  - against –

61ST STREET CORPORATION
MONICA ELAM
ART MCGRATH
TASHA VALENTINO,

       Defendants.
---------------------------------------------------------------x

Case No.: 07 CV 6653

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualifications or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: New York, New York
       October 1, 2007

                        /s/MTM
                Michael T. McGrath
                **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                521 Fifth Avenue
                New York, New York 10175
                (212)682-0020

                *Attorney for Defendants 61st Street Corporation,*
                *Monica Elam, and Art McGrath*