## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that he caused a true and accurate copy of the foregoing ANSWER TO THE COMPLAINT AND RULE 7.1 STATEMENT to be served via electronic case filing and regular mail on October 1, 2007 upon:

> James Baptiste
> 10206 Avenue J
> Brooklyn, New York 11236

>                    /s/MTM
> Michael T. McGrath
> **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
> 521 Fifth Avenue
> New York, New York 10175
> (212)682-0020