UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES BAPTISTE,

                Plaintiff,

         Case No.: 07 CV 6653

   - against -

         **NOTICE OF APPEARANCE**

61ST STREET CORPORATION,
MONICA ELAM,
ART MCGRATH,
TASHA VALENTINO

                Defendants.
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** That Mark A. Hernandez, Esq., a member of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendants, 61ST Street Corporation, Monica Elam and Art McGrath, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       October 1, 2007

                                  By: ____/s/ MAH_____
                                      Mark A. Hernandez (MH 4753)
                                      PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                      *Attorneys for Defendants*
                                      521 Fifth Avenue
                                      New York, New York  10175
                                      (212) 682-0020

TO:   James Baptiste
        10206 Avenue J
        Brooklyn, New York 11236