```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JAMES BAPTISTE,                     :
                                    :
              Plaintiff,            :
                                    :   ORDER
        -against-                   :
                                    :   07 Civ. 6653 (GBD)(MHD)
61ST ST. CORPORATION et al.,        :
                                    :
              Defendants.           :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a pre-trial conference has been scheduled in the above-captioned action on **THURSDAY, MARCH 27, 2008 at 11:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:**  New York, New York
            March 14, 2008

                                    SO ORDERED.

                                    _____
                                    **MICHAEL H. DOLINGER**
                                    **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

Mr. James Baptiste
10206 Avenue J
Brooklyn, NY 11236

Michael T. McGrath, Sr., Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

Mark Anthony Hernandez, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175