UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAMES BAPTISTE                      :

        Plaintiff,          :     **ORDER**

    -against-                     :     07 Civ. 6653 (GBD)(MHD)

61ST STREET CORPORATION et al.,     :

        Defendants.         :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


    A pre-trial conference having been held with plaintiff and counsel for the defendants on March 27, 2008,

    It is hereby **ORDERED** as follows:

    1. Plaintiff's response to defendants' document requests and interrogatories is to be served by April 7, 2008.

    2. Defendants' response to plaintiff's document requests and interrogatories are to be served by April 28, 2008.

    3. In view of plaintiff's pro se status, defendants are to respond to his interrogatories without reference to the limitations contained in S.D.N.Y. Local Rule 33.3.

    4. All discovery is to be completed by June 30, 3008.

    5. Any dispositive motions must be served and filed by July 31, 2008.

Dated: New York, New York
March 27, 2008

            SO ORDERED.

            _____
            MICHAEL H. DOLINGER
            UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Mr. James Baptiste
10206 Avenue J
Brooklyn, NY 11236

Michael T. McGrath, Sr., Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

Mark Anthony Hernandez, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

2