## PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY JR
MICHAEL T McGRATH
THOMAS A MARTIN
WILLIAM M POLLAK
JAMES E McGRATH, III
CHRISTOPHER M HOULIHAN
THOMAS M LAMBERTI
STEPHEN J MACRI
HARVEY I SCHNFIDER
MARY ELLEN DONNELLY
JOSEPH B CARTAFALSA
GEOFFREY H WARD
ANDREA HYDE
E PARKER NEAVE
MARK A HERNANDEZ
JAMES M. STRAUSS
PHILIP H KALBAN
SEAN H. CLOSE
LANSING R PALMER
JEROME P COLEMAN

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

120 WOOD AVENUE SOUTH
SUITE 600
ISELIN NEW JERSEY 08830
(732) 632 2505
TELEFAX (732) 632 2506
--
205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX (516) 746 0599
--
2500 NORTH MILITARY TRAIL
SUITE 200
BOCA RATON FLORIDA 33431
(800) 935 8480
TELEFAX (561) 393-9707

COUNSEL
CHARLES J GROPPE
ALEXANDER NEAVE
LOUIS A TRAPP, JR
DUSTAN T. SMITH

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAY 28 2008*

May 23, 2008

**SO ORDERED**

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS

MAY 2 8 2008

**VIA OVERNIGHT MAIL**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re:    James Baptiste v. 61st Street Service Corp., Monica Elam,
       Art McGrath, Tasha Valentino
       S.D.N.Y. Civil Action No.: 07 Civ. 6653

Dear Judge Daniels:

    We represent defendants 61st Street Service Corporation, Monica Elam, and Art McGrath (collectively "Defendants") in connection with the above-referenced matter.

    As your Honor is aware, we currently have a pretrial conference scheduled for June 4, 2008, at 9:30 A.M. On March 5, 2008, you referred this case to Magistrate Judge Dolinger for general pretrial issues, including discovery and settlement. As all discovery is set to be completed by June 30, 2008, the parties respectfully request that the conference be adjourned. Mr. Baptiste, who is proceeding *pro se* in this action, consents to the adjournment.

Respectfully submitted,

*/s/ Mark A. Hernandez*

Mark A. Hernandez (MH 4753)

Cc:    Mr. James Baptiste (via overnight mail)
       10206 Avenue J
       Brooklyn, New York 11236