*EXHIBIT "A"*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**JAMES BAPTISTE,**

                -against-

**61st STREET CORPORATION,
MONICA ELAM, ART MCGRATH, TASHA
VALENTINO,**

                Defendants.
-----------------------------------------------------------------x

CV-07-6653 (GBD)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above entitled action be, and the same hereby is, dismissed, with prejudice, and without costs to either party as against the other.

| | |
|---|---|
| **JAMES BAPTISTE**<br>*Plaintiff*<br>10206 Avenue J<br>Brooklyn, New York 11236<br>(718) 812-0113<br><br>By: _____<br>     James Baptiste | **PUTNEY, TWOMBLY, HALL & HIRSON LLP**<br>*Attorneys for Defendants*<br>521 Fifth Avenue<br>New York, New York 10175<br>(212) 682-0020<br><br>By: _____<br>     Mark A. Hernandez (MH 4753) |

So Ordered: SEP 2 2 2008

_____
Hon. George B. Daniels
**HON. GEORGE B. DANIELS**

Dated:

8